IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00134-PAB-KLM

TBM LAND CONSERVANCY, INC., a Colorado corporation,

    Plaintiff,

v.

NEXTEL WEST CORP., a Delaware corporation,
NEXTEL FINANCE COMPANY, a Delaware corporation,
NEXTEL COMMUNICATIONS, INC., a Delaware corporation, and
SPRINT COMMUNICATIONS, INC., a Kansas corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Vacate and Reschedule Scheduling Conference** [#16] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for March 30, 2015 at 10:00 a.m. is **VACATED** and **RESET** to **April 16, 2015** at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **April 9, 2015**.

    Dated: March 9, 2015