IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00134-PAB-KLM

TBM LAND CONSERVANCY, INC., a Colorado corporation,

      Plaintiff,

v.

NEXTEL WEST CORP., a Delaware corporation,
NEXTEL FINANCE COMPANY, a Delaware corporation,
NEXTEL COMMUNICATIONS, INC., a Delaware corporation, and
SPRINT COMMUNICATIONS, INC., a Kansas corporation,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendants' **Stipulated Motion to Amend Case Management Deadlines in Compliance with the Court's September 14, 2015 Minute Order** [#35] (the "Motion"). On April 16, 2015, a hearing was held in which the parties informed the undersigned that they jointly requested a stay until resolution of the then-pending Motion to Dismiss [#33]. *Minutes* [#21]. The Scheduling Conference set for that day was therefore vacated and a stay was entered shortly thereafter. *Id.*; *Order* [#30]. The District Judge has since resolved the Motion to Dismiss, and the parties have submitted an amended proposed scheduling order with new case management deadlines.

      IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that the Scheduling Conference is **RESET** for **October 8, 2015** at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      Dated: September 29, 2015