IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   15-CV-00134-PAB-KLM

TBM LAND CONSERVANCY, INC., a
Colorado corporation,

    Plaintiff,

vs.

NEXTEL WEST CORP., a Delaware
corporation;
NEXTEL FINANCE COMPANY, a Delaware
corporation;
NEXTEL COMMUNICATIONS, INC., a
Delaware corporation; and
SPRINT COMMUNICATIONS, INC., a
Kansas corporation,

    Defendants.

## STIPULATED ORDER PURSUANT TO FED. R. EVID. 502(d) REGARDING PRIVILEGED OR WORK PRODUCT-PROTECTED DOCUMENTS

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Rule 502(d) of the FEDERAL RULES OF EVIDENCE.

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| *s/ Hugh W. McNulty* | *s/ John T. Osgood* |
| _____ | _____ |
| Hugh W. McNulty | John T. Osgood |
| HUGH W. MCNULTY PROFESSIONAL CORPORATION | ARMSTRONG TEASDALE LLP |
| 5775 West Dartmouth Avenue, #4-308 | 4643 South Ulster Street, Suite 800 |
| Denver, Colorado 80227 | Denver, Colorado 80237 |
| T: 303.984.1555 | T: 720.200.0676 |
| qualitylaw@excite.com | josgood@armstrongteasdale.com |
| Attorneys for Plaintiff TBM LAND CONSERVANCY, INC. | Attorneys for Defendants NEXTEL WEST CORP., NEXTEL FINANCE COMPANY, NEXTEL COMMUNICATIONS, INC. AND SPRINT COMMUNICATIONS, INC. |

DATED this __23rd__ day of __October__, 2015.

BY THE COURT:

_____
Hon. Kristen L. Mix
United States Magistrate Judge